## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

IN RE:                                                    CHAPTER 13 PROCEEDING:
LAURENCE & BARBARA A NESPODZANY                           08-20688-C-13
DEBTORS

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1.   Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Tuesday, Dec 2, 2008.

2.   This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3.   Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4.   Checks to the party below have not cleared within 90 days.

CENLAR FEDERAL SAVINGS BANK
PO BOX 77409
EWING, NJ  08618

5.   As a result, funds owed to the creditor in the amount of $1,267.85 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Thu, September 29, 2011

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#108

## UNITED STATES BANKRUPTCY COURT

IN RE:

LAURENCE & BARBARA A NESPODZANY

CHAPTER 13 PROCEEDING:

08-20688-C-13

DEBTORS

## CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on 9/29/2011, a copy of the foregoing Trustee's Motion to Funds into the Court Registry was served electronically or by United States Mail to the parties listed below :

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


LAURENCE J. AND BARBARA A.
NESPODZANY
850 STONE ST #161
CORPUS CHRISTI, TX  78418

ALLAN L POTTER
ATTORNEY AT LAW
PO BOX 3159
CORPUS CHRISTI, TX  78463-3159


BARRETT DAFFIN FRAPPIER TURNER &
(Creditor Attorney)
ENGEL LLP
15000 SURVEYOR BLVD STE 100
ADDISON, TX  75001

CENLAR FEDERAL SAVINGS BANK
PO BOX 77409
EWING, NJ  08618